UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) César Lugo Martínez et al          CIVIL NO. 98-2007 (DRD)

v.

Defendant(s) U.S.A.

| MOTION | ORDER |
|---|---|
| Docket entry no. 14 | ☐ GRANTED. |
| Date: Jan 05, 2000 | ☒ DENIED. |
| Title: Motion for default | ☐ MOOT. |
|  | ☐ NOTED. |
| Plaintiff's case was dismissed by judgment entered on July 30, 1999 (See Docket Nos 12 & 13). | |

RECEIVED AND FILED
00 MAR -7 AM 8:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 03/06/2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

15