**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Plaintiff(s) Cesar L. Martinez

v.

Defendant(s) United States of America, et al.

CIVIL NO. 98-2007 (DRD)

RECEIVED AND FILED
01 MAR 27 AM 7:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| Docket entry no. 16 | ❑ GRANTED. |
| Date: Feb. / 22 / 01 . | ☑ DENIED. |
| Title: Leave to Reply to Opposition to Motions for Summary Judgment | ❑ MOOT. |
| | ❑ NOTED. |

This case is closed. Judgment was entered on July 30, 1999.

IT IS SO ORDERED.

Date: March / 24 / 2001.

Daniel R. Dominguez

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

3M

17 rl